IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

John Randall Faith - #050474

/

No. CV 10 80 291 MISC

### ORDER TO SHOW CAUSE

It appearing that John Randall Faith has been suspended for six months by the Supreme Court of California effective October 28, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 27, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

John Randall Faith
Attorney At Law
PO Box 232
Covina, CA 91723