**FILED**

DEC 29 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80291 MISC VRW

John Randall Faith,
                                     ORDER
  State Bar No 50474

_____/

On November 23, 2010, the court issued an order to show cause (OSC) why John Randall Faith should not be removed from the roll of attorneys authorized to practice law before this court, based upon his six-month suspension by the Supreme Court of California, effective October 28, 2010.

The OSC was mailed to Mr Faith's address of record with the State Bar on November 24, 2010, and was returned by the post office as unclaimed. A written response was due on or before December 27, 2010. No response to the OSC has been filed as of this date.

The court now orders John Randall Faith removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge